Argued April 24, affirmed June 20, 1978

STATE OF OREGON, *Respondent,*
*v.*
WALTER EUGENE TAYLOR, JR.
aka DERRICK E. SHAW, *Appellant.*
(Case No. 77-26424, CA 10014)
579 P2d 906

Carl Gaul, Portland, argued the cause and filed the brief for appellant.

Melinda L. Bruce, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Affirmed. *State v. Weeks,* 29 Or App 351, 563 P2d 760 (1977); *State v. Brewton,* 19 Or App 899, 529 P2d 967 (1974), *rev den, cert den* 423 US 851 (1975).